E-FILED: 10/23/2008
JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY JAMGOTCHIAN**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**SCIENTIFIC GAMES CORP., et al.,**<br><br>　　　　Defendants. | **CASE NO. CV 08-5121-GHK (CWx)**<br><br>**JUDGMENT** |

　　Based on our October 22, 2008 Order granting Defendants Scientific Games Racing, LLC, Scientific Games Corporation, and Scientific Games International, Inc.'s Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) **IT IS ADJUDGED** that Plaintiff Jerry Jamgotchian's Complaint is **DISMISSED WITH PREJUDICE**. Plaintiff shall take nothing from this action.

　　**IT IS SO ORDERED**.

DATED: October 23, 2008

_____
GEORGE H. KING
United States District Judge